HONORABLE MICHELLE L. PETERSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ERIC MENDIS,<br><br>                    Plaintiff,<br><br>        v.<br><br>BMW of North America, LLC, and JOHN<br>DOES 1-10,<br><br>                    Defendants. | Case No.:  2:22-cv-922-MLP<br><br>STIPULATED MOTION AND<br>[PROPOSED] ORDER ALLOWING<br>PLAINTIFF TO ISSUE A SUBPOENA<br>TO APPLE, INC.<br><br>NOTED FOR CONSIDERATION:<br>APRIL 18, 2025 |

## STIPULATION

Pursuant to Local Civil Rule 10(g), the Parties, by and through their respective counsel, request that the Court enter an order allowing Plaintiff to serve a subpoena on Apple Inc. outside the discovery deadline previously set in this case and waiving formal notice thereof under Rule 45:

The Parties submit that good cause exists to grant this request for the following reasons:

1.     On April 8, 2025, Defendant produced documents bates-stamped BMWNA 000176–000229, which had not been previously disclosed in discovery. These documents include communications with Apple Inc. that Plaintiff asserts are relevant to the issues in this case and were not previously produced to Plaintiff.

2.      To avoid burdening the Court with motion practice, the Parties have agreed to permit Plaintiff to serve a subpoena on Apple Inc. outside the previously established discovery deadline, and to waive formal notice under Rule 45, for the limited purpose of obtaining information related to the newly produced materials.

3.      This stipulation shall not extend or modify any other deadlines in the case.

For the foregoing reasons, the Parties request that the Court grant this stipulated motion.

DATED this 18th day of April, 2025.

BORIS DAVIDOVSKIY, P.C.

By: */s/ Boris Davidovskiy*
    Boris Davidovskiy, WSBA #50593
    6100 219th St. SW, Suite 480
    Mountlake Terrace, WA 98043
    Telephone: (425) 582-5200
    Email: boris@davidovskiylaw.com

Attorney for Plaintiff

STOKES LAWRENCE, P.S.

By: */s/ Samantha Pitsch*
    Samantha Pitsch, WSBA #54190
    1420 Fifth Avenue, Suite 3000
    Seattle, WA 98101-2393
    Telephone: (206) 626-6000
    E-mail: Samantha.Pitsch@stokeslaw.com>

Attorneys for Defendant BMW of North America, LLC

**ORDER**

Based on the foregoing stipulation, IT IS HEREBY ORDERED:

1. Plaintiff is granted leave to serve a subpoena on Apple Inc. pursuant to Federal Rule of Civil Procedure 45, notwithstanding the previously set discovery deadline;

2. Formal notice of the subpoena under Rule 45 is waived by Defendant for purposes of this subpoena only;

3. This Order does not otherwise alter or extend any other deadlines in the case.

DATED this 22nd day of April, 2025.

MICHELLE L. PETERSON
United States Magistrate Judge

Presented by:

BORIS DAVIDOVSKIY, P.C.                    STOKES LAWRENCE, P.S.

By: */s/ Boris Davidovskiy*                By: */s/ Samantha K. Pitsch*
    Boris Davidovskiy, WSBA #50593            Samantha K. Pitsch, WSBA # 54190
    6100 219th St. SW, Suite 480              John T. Fetters, WSBA #40800
    Mountlake Terrace, WA 98043               Rachael R. Wallace, WSBA #49778
    Telephone: (425) 582-5200                1420 Fifth Avenue, Suite 3000
    Email: boris@davidovskiylaw.com           Seattle, WA 98101-2393
                             Telephone: (206) 626-6000
Attorney for Plaintiff                         E-mail: samantha.pitsch@stokeslaw.com

Attorneys for Defendant BMW of North America, LLC

STIPULATED MOTION AND ORDER - 3