1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8    ERIC MENDIS, *et al.*,

9                        Plaintiffs,                    Case No. C22-922-MLP

10        v.                                            ORDER

11    BMW OF NORTH AMERICA LLC, *et al.*,

12                        Defendants.

13

14        A preliminary review of Defendant's pending motion to seal and reply in support (dkt.

15    ## 122, 131) raises a concern that they contain unverified generative artificial intelligence

16    outputs. For example, the motion contains a quotation attributed to *Stegall v. Citadel Broad. Co.*,

17    350 F.3d 1061, 1066 (9th Cir. 2003), which is not found in that case. (*See* dkt. # 122 at 13; *see*

18    *id.* at 13-15 (quotations attributed to *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172,

19    1178-79 (9th Cir. 2006), and *City of Long Beach v. Standard Oil Co.*, 46 F.3d 929, 937 (9th Cir.

20    1995), not found in those cases).) The reply brief contains similar inaccuracies. (*See, e.g.*, dkt.

21    # 131 at 3.) Counsel is reminded of their obligations under Federal Rule of Civil Procedure 11.

22    To avoid wasting the Court's time sifting through inaccurate briefing, the Court ORDERS as

23    follows:

ORDER - 1

1    (1)    On or before **September 26, 2025**, Defendant shall either withdraw the motion

2  (dkt. # 122) or submit a revised motion.

3    (2)    If the motion is not withdrawn, Plaintiff may either rely on his previously filed

4  response or file a revised response by **October 3, 2025**.

5    (3)    If the motion is not withdrawn, Defendant must file a revised reply brief by

6  **October 7, 2025**.

7    (4)    The Clerk is directed to renote Defendant's motion to seal (dkt. # 122) for

8  **October 7, 2025**.

9    Dated this 18th day of September, 2025.

10

11    MICHELLE L. PETERSON
       United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

ORDER - 2